UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE E. BURTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1678** |
| **KEITH COOLEY, WARDEN** | **SECTION "S"(4)** |

**ORDER AND REASONS**

The petitioner, Lawrence E. Burton, submitted a letter to the Clerk of Court (Rec. Doc. No. 15) seeking to borrow the copy of the state court record provided to this Court and additional time to file a reply to the State's opposition to Burton's habeas corpus petition.  The letter was filed and docketed as a "Motion to Borrow State Court Record and Extend Deadline" and presented to the Court for consideration.

Pursuant to this Court's briefing order, the State has provided a certified copy of the state court trial and appellate records in connection with its response to Burton's habeas corpus petition. The copy presented here is for the Court's use and review and not subject to release or review by anyone outside of the courthouse.  This Court does not have, nor is it the custodian of, the official state court records.  If Burton seeks to review or obtain additional copies of his state court trial or appellate records, he should submit his requests to the appropriate state courts in accordance with state law.[1]

Burton also seeks additional time to file a reply to the State's opposition memorandum. Pursuant to Rule 5(e) of the Rules Governing Section 2254 Cases, Burton will be allowed time to file a reply to the State's opposition.  Accordingly,

---

[1] The Court notes that Burton has attached copies of portions of his state court records to his petition and clearly is in possession of relevant documents.

**IT IS ORDERED** that Burton's "Motion to Borrow State Court Record and Extend Deadline" (Rec. Doc. No. 15) is **DENIED in part** as to his request to borrow the record and **GRANTED in part** as to his request for time to file a reply to the State's opposition.

**IT IS FURTHER OREDERED** that Burton **shall** have until **October 8, 2015**, to file a written reply to the State's opposition to his habeas corpus petition.

New Orleans, Louisiana, this  28th  day of September, 2015.

 _____
 **KAREN WELLS ROBY**
 **UNITED STATES MAGISTRATE JUDGE**