UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE E. BURTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1678** |
| **KEITH COOLEY, WARDEN** | **SECTION "S" (4)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The petitioner's objection raised the same arguments made in support of the petition, indeed the two documents are nearly identical. These arguments were considered by the United States Magistrate Judge, and appropriately addressed in the Report and Recommendation. Accordingly,

**IT IS ORDERED** that the petition of Lawrence Burton for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of January, 2016.

**UNITED STATES DISTRICT JUDGE**